IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | 8:09CV122 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| A. HAYWARD, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On December 14, 2009, the court entered a Memorandum and Order permitting Plaintiff to serve Defendant Rob Jackson. (Filing No. 19.) However, pursuant to its retention policy, the court no longer has the original USM-285 form for this Defendant.

IT IS THEREFORE ORDERED that:

1. The Clerk of the court send to Plaintiff a USM-285 form for service on Defendant Rob Jackson.

2. Plaintiff shall complete and return the USM-285 form for Defendant Rob Jackson to the Clerk of the court no later than January 19, 2010. In the event that Plaintiff fails to return the completed USM-285 by that date, all claims against Defendant Jackson will be dismissed without prejudice and without further notice.

3. The Clerk of the court is directed to set a pro se case management deadline in this case with the following text: January 19, 2010: deadline for return of USM-285 form for Rob Jackson.

December 16, 2009.  BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge